# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | JONATHAN D. THIER |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | SEAN P. TONOLLI |
| DAVID L. BARASH | JASON M. HALL | | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | 1990 K STREET, N.W. | NOAH B. NEWITZ | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | (202) 862-8900 | DAVID R. OWEN | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | | JOHN PAPACHRISTOS | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | C. ANTHONY WOLFE |
| JAMES J. CLARK | TIMOTHY B. HOWELL | 24 MONUMENT STREET | KIMBERLY PETILLO-DÉCOSSARD | COREY WRIGHT |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | LONDON EC3R 8AJ | SHEILA C. RAMESH | ELIZABETH M. YAHL |
| LISA COLLIER | ELAI KATZ | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | JOSHUA M. ZELIG |
| AYANO K. CREED | JAKE KEAVENY | | OLEG REZZY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | Writer's Direct Dial | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | RICHARD KELLY | (212) 701-3207 | TAMMY L. ROY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | | JONATHAN A. SCHAFFZIN | ‡ ADMITTED IN DC ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | | DARREN SILVER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | JOSIAH M. SLOTNICK | |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | RICHARD A. STIEGLITZ JR. | |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | ROSS E. STURMAN | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | SUSANNA M. SUH | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | ANTHONY K. TAMA | |

August 2, 2022

BY EMAIL AND ECF
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**, last page.

Re:   *United States v. Adonis Pichardo, 22 Cr. 327*

Dear Judge Ramos:

    I am a member of this Court's Criminal Justice Act ("CJA") panel and was appointed last year as lead counsel for defendant Adonis Pichardo in this case. I write on behalf of Mr. Pichardo to respectfully request, with the consent of the Government, that the Court adjourn the bail review hearing currently scheduled for tomorrow, August 3, 2022, to the afternoon on August 9 or any time on August 10, 2022 if either of those dates is convenient for the Court. I apologize for the late nature of this request, which I make due to a scheduling conflict.

    If the Court is not inclined to adjourn the bail review hearing, I respectfully request that the Court allow my colleague, Samson Enzer, a former Assistant U.S. Attorney who has appeared numerous times before Your Honor and other Judges of this Court, represent Mr. Pichardo at the hearing in my absence. Mr. Enzer has been working with me on Mr. Pichardo's defense since my initial appointment as CJA counsel for Mr. Pichardo last year and is familiar with the facts and issues involved with the case, including the details of Mr. Pichardo's pretrial supervision.

CAHILL GORDON & REINDEL LLP

-2-

There has been no prior request to adjourn tomorrow's bail review hearing.

Respectfully submitted,

s/
Anirudh Bansal

Cc:  Assistant U.S. Attorney Margaret Lynaugh
     Assistant U.S. Attorney Jonathan Bodansky
     Samson Enzer, Esq.

---

The bail review hearing is adjourned to August 9, 2022 at 11 a.m.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __8/2/2022_____
New York, New York