# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | JONATHAN D. THIER |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | SEAN P. TONOLLI |
| DAVID L. BARASH | JASON M. HALL | | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | | NOAH B. NEWITZ | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | WARREN NEWTON § | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | WASHINGTON, DC 20006-1181 | DAVID R. OWEN | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | (202) 862-8900 | JOHN PAPACHRISTOS | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | | LUIS R. PENALVER | C. ANTHONY WOLFE |
| JAMES J. CLARK | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | KIMBERLY PETILLO-DÉCOSSARD | COREY WRIGHT |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | 24 MONUMENT STREET | SHEILA C. RAMESH | ELIZABETH M. YAHL |
| LISA COLLIER | ELAI KATZ | LONDON EC3R 8AJ | MICHAEL W. REDDY | JOSHUA M. ZELIG |
| AYANO K. CREED | JAKE KEAVENY | +44 (0) 20 7920 9800 | OLEG REZZY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | THORN ROSENTHAL | |
| SEAN M. DAVIS | RICHARD KELLY | | TAMMY L. ROY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | Writer's Direct Dial | JONATHAN A. SCHAFFZIN | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | (212) 701-3207 | DARREN SILVER | ‡ ADMITTED IN DC ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | JOSIAH M. SLOTNICK | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | RICHARD A. STIEGLITZ JR. | |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | ROSS E. STURMAN | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | SUSANNA M. SUH | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | ANTHONY K. TAMA | |

August 8, 2022

BY EMAIL AND ECF
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**, last page.

Re:   *United States* v. *Adonis Pichardo*, 22 Cr. 327

Dear Judge Ramos:

In advance of the bail review hearing scheduled for tomorrow in the above captioned matter, I write to respectfully request that Connor O'Shea, an associate at my Firm, be permitted to argue on behalf of the defense under my supervision.

As Your Honor is aware, I am a member of this Court's Criminal Justice Act ("CJA") panel and was appointed last year as lead counsel for defendant Adonis Pichardo in this case. Mr. O'Shea has been working with me on Mr. Pichardo's defense since my initial appointment as CJA counsel for Mr. Pichardo and is familiar with the facts and issues involved with the case, including the details of Mr. Pichardo's pretrial supervision. Mr. Pichardo has consented to Mr. O'Shea arguing on his behalf at the bail hearing.

CAHILL GORDON & REINDEL LLP

-2-

      Please let us know if the Court is amendable to this request.  Of course, if the Court's preference is for me to personally handle tomorrow's hearing, I am fully prepared to do so.

      Respectfully submitted,

      s/
      Anirudh Bansal

Cc:   Assistant U.S. Attorney Margaret Lynaugh
      Assistant U.S. Attorney Jonathan Bodansky
      Samson Enzer, Esq.

---

The application to permitted  Mr. O'Shea to argue on behalf of the defense is GRANTED.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  8/8/2022
New York, New York