# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | JONATHAN D. THIER |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | SEAN P. TONOLLI |
| DAVID L. BARASH | JASON M. HALL | | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | 1990 K STREET, N.W. | NOAH B. NEWITZ | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | (202) 862-8900 | DAVID R. OWEN | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | | JOHN PAPACHRISTOS | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | C. ANTHONY WOLFE |
| JAMES J. CLARK | TIMOTHY B. HOWELL | 24 MONUMENT STREET | KIMBERLY PETILLO-DÉCOSSARD | COREY WRIGHT |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | LONDON EC3R 8AJ | SHEILA C. RAMESH | ELIZABETH M. YAHL |
| LISA COLLIER | ELAI KATZ | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | JOSHUA M. ZELIG |
| AYANO K. CREED | JAKE KEAVENY | | OLEG REZZY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | Writer's Direct Dial | THORN ROSENTHAL | |
| SEAN M. DAVIS | RICHARD KELLY | (212) 701-3207 | TAMMY L. ROY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | | JONATHAN A. SCHAFFZIN | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | | DARREN SILVER | |
| ANASTASIA EFIMOVA | TED B. LACEY | | JOSIAH M. SLOTNICK | ‡ ADMITTED IN DC ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | RICHARD A. STIEGLITZ JR. | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | ROSS E. STURMAN | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | SUSANNA M. SUH | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | ANTHONY K. TAMA | |

**MEMO ENDORSED**

August 24, 2022

BY EMAIL AND ECF

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The September 16, 2022 sentencing is adjourned to a date that will be set at the conference scheduled for September 2, 2022, at 10:30 a.m. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: ___8/25/2022___
> New York, New York

Re:   *United States* v. *Adonis Pichardo*, 22 Cr. 327

Dear Judge Ramos:

      We respectfully request, with the consent of the Government, that the Court adjourn the sentencing hearing in this matter currently scheduled for September 16, 2022, as well as the attendant briefing schedule, in light of the outstanding arrest warrant for Mr. Pichardo issued by Your Honor on August 12, 2022, for violations of pretrial release conditions. We request that the Court adjourn sentencing *sine die*, with a new sentencing to be set following the execution of the arrest warrant.

      There has been no prior request to adjourn sentencing.

Respectfully submitted,

/s/ _____
Anirudh Bansal

Cc:   Assistant U.S. Attorney Margaret Lynaugh
      Assistant U.S. Attorney Jonathan Bodansky
      Samson Enzer, Esq.
      Connor O'Shea, Esq.