# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
JONATHAN BRONWSON *
JOYDEEP CHOUDHURI *
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
LISA COLLIER
AYANO K. CREED
PRUE CRIDDLE ±
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
HELENA S. FRANCESCHI
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL

ARIEL GOLDMAN
PATRICK GORDON
JASON M. HALL
STEPHEN HARPER
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
JAKE KEAVENY
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER ‡
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM
——————
1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900
——————
CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0) 20 7920 9800
——————
Writer's Direct Dial
(212) 701-3207

BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
WILLIAM J. MILLER
NOAH B. NEWITZ
WARREN NEWTON §
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
ROSS E. STURMAN
SUSANNA M. SUH
ANTHONY K. TAMA

JONATHAN D. THIER
SEAN P. TONOLLI
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
C. ANTHONY WOLFE
COREY WRIGHT
ELIZABETH M. YAHL
JOSHUA M. ZELIG

* ADMITTED AS A SOLICITOR IN
ENGLAND AND WALES ONLY
± ADMITTED AS A SOLICITOR IN
WESTERN AUSTRALIA ONLY
‡ ADMITTED IN DC ONLY
§ ADMITTED AS AN ATTORNEY
IN THE REPUBLIC OF SOUTH AFRICA
ONLY

## MEMO ENDORSED

December 7, 2022

<u>BY EMAIL AND ECF</u>
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   ***United States* v. *Adonis Pichardo*, 22 Cr. 327**

Dear Judge Ramos:

In advance of the sentencing hearing scheduled for December 9, 2022 in the above captioned matter, I write to respectfully request that Connor O'Shea, an associate at my Firm, be permitted to argue sentencing on behalf of the defense under my supervision.

The Court previously granted an August 8, 2022 letter request for Mr. O'Shea to argue at the August 9, 2022 bail hearing on behalf of Mr. Pichardo. Mr. O'Shea has continued to work with me on Mr. Pichardo's defense and is familiar with the facts and issues involved with the case. I have discussed the sentencing and this proposal directly with Mr. Pichardo, and he is comfortable having Mr. O'Shea take the lead speaking role for the defense (under my supervision) at sentencing.

---

The request that Attorney O'Shea be permitted to argue sentencing on behalf of the defense under the supervision of Attorney Bansal is granted. SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:   December 8, 2022
New York, New York

CAHILL GORDON & REINDEL LLP

-2-


       Please let us know if the Court is amenable to this request.  Of course, if the Court's preference is for me to personally handle Friday's hearing, I am fully prepared to do so.


Respectfully submitted,

 s/
Anirudh Bansal


Cc:    Assistant U.S. Attorney Margaret Lynaugh
       Assistant U.S. Attorney Jonathan Bodansky
       Samson Enzer, Esq.
       Carmit Patrone, Esq.