UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                                      :
UNITED STATES OF AMERICA                                              :
                                                                      :    CONSENT PRELIMINARY ORDER
         - v. -                                                   :    OF FORFEITURE/
                                                                      :    MONEY JUDGMENT
ADONIS PICHARDO,                                                      :
   a/k/a "Adandis Pichardo de Jesus,"                                   :    22 Cr. 327 (ER)
                                                                      :
               Defendant.                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

        WHEREAS, on or about __June 9, 2022__, ADONIS PICHARDO, a/k/a "Adandis Pichardo de Jesus" (the "Defendant"), was charged in a three-count Information, 22 Cr. 327 (ER) (the "Information"), with conspiracy to commit robbery, in violation of Title 18, United States Code, Section 1951 (Count One); robbery, in violation of Title 18, United States Code, Sections 1951 and 2 (Count Two); and a firearms offense, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) (ii) and 2 (Count Three);

        WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds personally obtained by the Defendant traceable to the commission of the offenses charged in Counts One and Two of the Information;

WHEREAS, on or about _____, the Defendant pled guilty to Counts One and Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of the Information and agreed to forfeit, *inter alia*, to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), a sum of money equal to $10,764.67 in United States currency, representing proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $10,764.67 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Maggie Lynaugh of counsel, and the Defendant, ADONIS PICHARDO, and his counsel, Samson A. Enzer, Esq., that:

1. As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of $10,764.67 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable

to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ADONIS PICHARDO, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          6/10/2022
    Maggie Lynaugh                           DATE
    Jonathan Bodansky
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2448

ADONIS PICHARDO

By: _____          June 9, 2022
    ADONIS PICHARDO                         DATE

By: _____          June 9, 2022
    Samson A. Enzer, Esq.                    DATE
    Attorney for Defendant
    Cahill Gordon & Reindel LLP
    32 Old Slip
    New York, NY 10005

SO ORDERED:

_____              6/9/2022
HONORABLE                                    DATE
UNITED STATES DISTRICT JUDGE