**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

November 18, 2026

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Pichardo*, 22 Cr. 327 (ER)**

Dear Judge Ramos:

The Government respectfully writes, with the defendant's consent, to request that the November 16, 2026 conference in the above-referenced matter—which did not take place as scheduled, due the Government's belated request to have the defendant produced for Court—be adjourned to November 23, 2026, at 3:00 P.M.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Jonathan Bodansky
Assistant United States Attorney
(212) 637-2385

cc: Anirudh Bansal, Esq.
USPO Wellington Fernandez

The VOSR conference will be held on Monday, November 23, 2026, at 3 p.m.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 11/19/2026
New York, New York